IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Stefani Butler** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No.: 1:24-cv-01134 |
| v. | ) |
| | ) |
| | ) |
| **District of Columbia,** *et al.* | ) |
| Defendants | ) |

## ORDER

**UPON CONSIDERATION** of the Defendant's Partial Motion to Dismiss and Plaintiff's Opposition thereof, it is this ____ day of _____, 2024, by the United States District Court for the District of Columbia, hereby

**ORDERED** that:

1) The Motion for Partial Dismissal is **DENIED**.

_____
Amit P. Mehta
United States District Judge