UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEFANI BUTLER,<br><br>    *Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:24-cv-01134-SLS |

**DEFENDANT COREY DIXON'S RESPONSE TO PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER**

Pursuant to the Court's November 6, 2025 Minute Order, Defendant Corey Dixon respectfully submits this response to Plaintiff's response to the Court's September 30, 2025 order that Plaintiff show cause for why her claims against Dixon should not be dismissed for failure to serve process. Defendant Dixon notes that Plaintiff neither provides any explanation for her delay in filing proof of service nor acknowledges that Defendant District of Columbia raised her failure to file proof of service on at least three occasions. *See* Pl.'s Resp. to Order to Show Cause, ECF No. 34. That said, Defendant Dixon does not contest that he was served, and he will promptly file a motion for leave to file his answer to the operative complaint.

Date: November 12, 2025            Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

*/s/ Sarah Preis*_____
SARAH PREIS [997378]
HAILEY GUILLORY [90022027]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
(202) 727-5291
Sarah.Preis@dc.gov

*Counsel for Defendants*